UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – LANDMARK, LLC<br><br>Plaintiff,<br><br>v.<br><br>AETNA HEATLH MANAGEMENT, LLC; and DOES 1 through 50 inclusive,<br><br>Defendants. | CASE No.: 1:24-cv-00555-JJM-LDA |

**JOINT STIPULATION TO ARBITRATE AND DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

Pursuant to the Joint Arbitration Agreement between the parties with an effective date of April 10, 2025, Plaintiff Prime Healthcare Services – Landmark, LLC and Defendant Aetna Health Management, LLC hereby jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

Jointly and respectfully submitted this 11th day of April 2025.

PRIME HEALTHCARE SERVICES – LANDMARK, LLC

By Its Attorneys,

*/s/ Andre S. Digou*
Andre S. Digou
Chace Ruttenberg & Freedman, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel: (401) 453-6400
Fax: (401) 453-6411
adigou@crfllp.com

AETNA HEALTH MANAGEMENT, LLC

By Its Attorneys,

*/s/ Dana M. Horton*
Dana M. Horton (#6251)
Robinson & Cole LLP
One Financial Plaza, 14th Floor
Providence, RI 02903
Tel: (401) 709-3352
Fax: (401) 709-3399
dhorton@rc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of April 2025, a copy of the foregoing *Joint Stipulation to Arbitrate and Dismiss Without Prejudice Pursuant to Rule 41(a)(1)(A)(ii)* was filed with the Court via the ECF filing system. As such, this document will be electronically sent to registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

*/s/ Dana M. Horton*
Dana M. Horton